13CV3382
Judge Castillo
Mag. Judge Martin

APPE͟
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Jacqueline Stevens
(Please print)

STREET ADDRESS: 601 University Place, Second Floor

CITY/STATE/ZIP: Evanston, IL 60201

PHONE NUMBER: 846-467-2093

CASE NUMBER: 

FILED
MAY X 6 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Signature

Date: 5/6/2013

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[✔] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

jacqueline-stevens@northwestern.edu
E-Mail Address