UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, | ) |
|           Plaintiff, | ) |
| v. | ) No. 13 C 3382 |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY | ) Judge Castillo |
|           Defendant. | ) |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

GARY S. SHAPIRO
United States Attorney

By: s/ Abigail L. Peluso
    ABIGAIL L. PELUSO
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5342
    abigail.peluso@usdoj.gov

# **CERTIFICATE OF SERVICE**

  The undersigned Assistant United States Attorney hereby certifies that the following documents:

  ATTORNEY DESIGNATION

were served on May 21, 2013, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, if any, and were mailed to:

  Jacqueline Stevens
  601 University Place
  Second Floor
  Evanston, IL 60208

              s/ Abigail L. Peluso
              ABIGAIL L. PELUSO
              Assistant United States Attorney
              219 South Dearborn Street
              Chicago, Illinois
              (312) 353-5342