UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Jacqueline Stevens
                              Plaintiff,

v.                                                         Case No.: 1:13–cv–03382
                                                        Honorable Ruben Castillo

Department of Homeland Security
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 11, 2013:

      MINUTE entry before Honorable Ruben Castillo:Status hearing held on 6/11/2013 and continued to 7/10/2013 at 10:00 AM. The defendant is to produce any of the records by 7/9/2013. The date for the defendant to answer or otherwise plead will be set at the status hearing on 7/10/2013.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.