## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Jacqueline Stevens

                      Plaintiff,

v.                                           Case No.: 1:13–cv–03382
                                                     Honorable Ruben Castillo

Department of Homeland Security

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 5, 2013:

    MINUTE entry before Honorable Ruben Castillo:Status hearing held on 11/5/2013. Defendant's motion for summary judgment is due on or before 12/10/2013. Plaintiff's response will be due on or before 1/21/2014. Defendant's reply will be due on or before 2/3/2014. The Court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.