UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13 C 3382 |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | Chief Judge Castillo |
| HOMELAND SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, the United States Department of Homeland Security, by Zachary T. Fardon, United States Attorney for the Northern District of Illinois, pursuant to Rule 56 of the Federal Rules of Civil Procedure, requests that this court enter summary judgment dismissing plaintiff Jacqueline Stevens's complaint. In support of this motion, defendant submits its Memorandum of Law in Support of Its Motion for Summary Judgment, Defendant's Local Rule 56.1 Statement of Material Facts, and the declaration of Stephanie Kuehn with supporting exhibits.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Abigail L. Peluso
    ABIGAIL L. PELUSO
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5342
    abigail.peluso@usdoj.gov