UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE STEVENS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13 C 3382 |
| | ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY | ) ) | Chief Judge Castillo |
| | ) | |
| Defendant. | ) | |

**EXHIBITS TO EXHIBIT A (KUEHN DECLARATION)
OF THE LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS
IN SUPPORT OF THE UNITED STATES' MOTION FOR SUMMARY JUDGEMENT**

Respectfully Submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Abigail L. Peluso
ABIGAIL L. PELUSO
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5342
abigail.peluso@usdoj.gov

1