### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jacqueline Stevens, | ) | |
|     Plaintiff | ) | Case No: 13 C 3382 |
| | ) | |
| v. | ) | |
| | ) | Judge: Ruben Castillo |
| United States Department of Homeland Security, | ) ) | |
|     Defendant | ) | |

### **ORDER**

Parties' joint agreed motion to seal [25] is granted. The Clerk of Court is directed to seal the Exhibits filed by the Defendant on 12/11/2013 and docketed as Docket Entry Nos. 22-1 through 22-8.


Date: 2/3/14                                                                 /s/ Chief Judge Ruben Castillo