# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Jacqueline Stevens

                        Plaintiff,

v.                                                  Case No.: 1:13–cv–03382

                                                      Honorable Ruben Castillo

Department of Homeland Security

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 14, 2014:

      MINUTE entry before the Honorable Ruben Castillo:Defendant's agreed motion to withdraw summary judgment [30] is granted. Defendant's motion for summary judgment [19] is withdrawn. The Court will hold a status hearing in open court on 4/1/2014 at 9:45 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.