**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Jacqueline Stevens

                          Plaintiff,

v.                                             Case No.: 1:13–cv–03382
                                                    Honorable Ruben Castillo

Department of Homeland Security

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2014:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 5/21/2014. Counsel for the government appeared. Plaintiff's motion for summary judgment is due on or before 7/14/2014. Defendant's response and/or cross motion for summary judgment is due on or before 8/11/2014. The plaintiff's reply brief will be due on or before 8/29/2014. The Court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.