## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jacqueline Stevens, | ) | |
| Plaintiff | ) | Case No: 13 C 3382 |
| | ) | |
| v. | ) | |
| | ) | Chief Judge Ruben Castillo |
| United States Department of Homeland | ) | |
| Security, | ) | |
| Defendant | ) | |

## ORDER

Enter Memorandum Opinion and Order. Plaintiff's motion for partial summary judgment [36] is granted in part and denied in part. Defendant's cross motion for summary judgment [45] is granted in part and denied in part.

Date:   November 4, 2014                    /s/ Chief Judge Ruben Castillo